PROB 12B
(7/93)

# United States District Court

## for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Tyrone J. Carell | Case Number: 2:11CR00183-001 |
| Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge | |
| Date of Original Sentence: April 19, 2013 | Type of Supervision: Supervised Release |
| Original Offense: Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | Date Supervision to Commence: March 21, 2014 |
| Original Sentence: Prison - 18 months<br>TSR - 36 months | Date Supervision to Expire: March 20, 2017 |

**PETITIONING THE COURT**

To modify the conditions of supervision as follows:

19    You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

**CAUSE**

Recent contact with Mr. Carell suggests the above-mentioned modification is appropriate, as he is scheduled to release from the Bureau of Prisons and has no viable release address. In an attempt to provide a conducive environment for supervision purposes, it is requested that the Court modify the conditions of supervision to include the aforementioned condition.

Mr. Carell was asked whether he would waive his right to a hearing and agree to the modification as previously described. As indicated by the enclosed waiver of hearing to modify conditions of supervised release form, Mr. Carell has agreed to the proposed modification.

It is anticipated that Mr. Carell will secure adequate housing and employment while residing at the RRC. If the Court concurs with the request for modification, it is requested he be allowed to release from the RRC when legitimate housing has been secured and approved by the undersigned officer.

It is respectfully recommended that the attached waiver of hearing to modify conditions of supervised release be adopted to allow Tyrone Carell to reside at the RRC for a period of up to 180 days.

|  |  | Respectfully submitted, |
|---|---|---|
|  | by | s/Tommy Rosser |
|  |  | Tommy Rosser<br>U.S. Probation Officer<br>Date:  February 5, 2014 |

THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[✓]  The Modification of Conditions as Noted Above
[ ]  Other

*Fred Van Sickle*

Signature of Judicial Officer

2/5/14

Date