PROB 12C
(7/93)

Report Date: August 13, 2014

# United States District Court

for the

Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Tyrone J. Carell | Case Number: 2:11CR00183-FVS-1 |

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: April 19, 2013

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 18 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Aine Ahmed | Date Supervision Commenced: March 21, 2014 |
| Defense Attorney: | Frank Cikutovich | Date Supervision Expires: March 20, 2017 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Tyrone Carell violated the conditions of his supervised release in Spokane, Washington, by escaping from Washington State's Department of Corrections (DOC) supervision on August 11, 2014, which resulted in a warrant being issued.  On August 13, 214, the undersigned officer conducted a criminal records check which revealed the aforementioned active warrant.  It is noted that the query was conducted after the undersigned officer attempted to establish contact with the offender at his last known residence in Spokane, on August 12, 2014. |
| 2 | **Standard Condition # 2**: The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer.<br><br>**Supporting Evidence**: Tyrone Carell violated the conditions of his supervised release in Spokane, Washington, by failing to report to the U.S. Probation Office on August 5, 2014, as required.  It is noted, the offender was directed to appear in the U.S. Probation Office on a weekly basis effective June 6, 2014.  The decision to require the offender to appear in the office, on a weekly basis, centered around his inability to appropriately adjust while under supervision.  Specifically, the offender changed his residence without prior approval from his supervising probation officer in June 2014. |

Prob12C
**Re: Carell, Tyrone J.**
**August 13, 2014**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   8/13/2014

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[✓]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Fred Van Sickle*
Signature of Judicial Officer

August 14, 2104
Date